# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Mary E. Doyle, | : | Bankruptcy No.14-21886-TPA |
| Debtor, | : | Chapter 13 |
| _____ | : | Document No. |
| Mary E. Doyle, | : | Related to Document No. |
| Movant, | : | |
| v. | : | |
| Wesco Distribution, Inc. | : | |
| Respondent. | : | |

## EX PARTE MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The Debtor respectfully represents as follows:

1. A Chapter 13 case was filed.

2. It appears that the Debtor receives regular income which may be attached under 11 U.S.C. §1326 to fund the Amended Chapter 13 Plan.

3. The likelihood of success in the case will be much greater if the Debtor's income is attached to fund the plan.

**WHEREFORE**, The Debtor respectfully requests that this Court enter an Order to Pay Trustee in the form attached.

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

400 Penn Center Blvd, Suite 306, Pittsburgh, PA 15235
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(412) 823-8080    Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)